UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MM Proton I, LLC

CIVIL ACTION NO.: 17-CV-10102

**vs**   *Plaintiff*

Yory LLC and Cycle Therapy NYC, Inc.

*Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of New York }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Rye Brook, New York

That on **12/29/2017** at **1:01 PM** at **230 East 127th Street, New York, NY 10035**

deponent served a(n) **Summons in a Civil Action and Complaint, Civil Cover Sheet, Individual Practices of Magistrate Judge Gabriel W. Gorenstein, Plaintiff MM Proton I LLC's Fed. R. Civ. P. 7.1. Corporate Disclosure Statement, Local Rules of the United States District Court for the Southern and Eastern Districts of New York, Individual Practices of Judge Deborah A. Batts, United States District Court Electronic Case Filing Rules & Instructions**

on **Yory LLC**, a domestic limited liability company,

by delivering thereat a true copy of each to **Ace "Doe" (Refused to Give Last Name)** personally,

deponent knew said limited liability company so served to be the limited liability company described in said documents as said defendant and knew said individual to be **Authorized Agent** thereof.

Description of Person Served:
Gender : Male
Skin :  White
Hair : Brown/Balding
Age : 51 - 65 Yrs.
Height : 5' 9" - 6' 0"
Weight :161-200 Lbs.
Other :

Sworn to before me this
2nd day of January, 2018

NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC # 01DI4977768
COMM EXP. 2/11/2019

Nicholas DiCanio
License No.1422308

Serving By Irving, Inc | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160