UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MM Proton I, LLC                                                                                  CIVIL ACTION NO.: 17-CV-10102

**vs**                                                                                                    *Plaintiff*

Yory LLC and Cycle Therapy NYC, Inc.

                                                                                                          *Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Rye Brook, New York

That on **1/17/2018** at **4:38 PM** at **230 East 127th Street, New York, NY 10035**

deponent served a(n) **Order to Show Cause for an Immediate Injunction, Memorandum of Law In Support of Plaintiff's Motion for An Immediate Injunction, Declaration of Robert Murphy In Support of Plaintiff's Motion for a Preliminary Injunction**

on **Yory LLC**, a domestic limited liability company,

by delivering thereat a true copy of each to **Rav "Doe" (Refused to Give Last Name)** personally,

deponent knew said limited liability company so served to be the limited liability company described in said documents as said defendant and knew said individual to be **Authorized Agent** thereof.

Description of Person Served:
Gender : Male
Skin : Tan
Hair : Bald
Age : 36 - 50 Yrs.
Height : 5' 9" - 6' 0"
Weight :161-200 Lbs.
Other :

Sworn to before me this
18th day of January, 2018

_____
NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2019

_____
Nicholas DiCanio
License No.1422308

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MM Proton I, LLC                                                                                    CIVIL ACTION NO.: 17-CV-10102

                                                                        *Plaintiff*

                                            vs

Yory LLC and Cycle Therapy NYC, Inc.

                                                                        *Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of New York }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Rye Brook, New York

That on **01/17/2018** at **4:38 PM** at **230 East 127th Street, New York, NY 10035**

deponent served a(n) **Order to Show Cause for an Immediate Injunction, Memorandum of Law In Support of Plaintiff's Motion for An Immediate Injunction, Declaration of Robert Murphy In Support of Plaintiff's Motion for a Preliminary Injunction**

on **Cycle Therapy NYC, Inc.**, a domestic corporation,

by delivering thereat a true copy of each to **Rav "Doe" (Refused to Give Last Name)** personally,

deponent knew said corporation so served to be the corporation described in said documents as said defendant and knew said individual to be **Authorized Agent** thereof.

Description of Person Served:
Gender : Male
Skin :  Tan
Hair : Bald
Age : 36 - 50 Yrs.
Height : 5' 9" - 6' 0"
Weight :161-200 Lbs.
Other :

Sworn to before me this
18th day of January, 2018

NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2019

Nicholas DiCanio
License No.1422308

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160