UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MM PROTON I, LLC,

               Docket No.: 17 CV 10102

      Plaintiff,

  -against-          **NOTICE OF APPEARANCE**

YORY LLC and CYCLE THERAPY NYC INC.,

      Defendants.
------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for defendants, YORK LLC and CYCLE THERAPY NYC INC.

I certify that I am admitted to practice in this court.

               Yours, etc.

               LERNER, ARNOLD & WINSTON, LLP
               Attorneys for Defendants

               By: _____
                 Johnathan C. Lerner
               475 Park Avenue South, 28th Floor
               New York, New York 10016
               (212) 686-4655

TO: WILMER CUTLER PICKERING HALE and DOOR LLP
    Attorneys for Plaintiff
    7 World Trade Center
    New York, NY 10007
    (212) 230-8800

