UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MM PROTON I, LLC,

                                                  Docket No.: 17 CV 10102

                    Plaintiff,

           -against-                            **NOTICE OF APPEARANCE**

YORY LLC and CYCLE THERAPY NYC INC.,

                    Defendants.
------------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for defendants, YORK LLC and CYCLE THERAPY NYC INC.

I certify that I am admitted to practice in this court.

                                                  Yours, etc.

                                                  LERNER, ARNOLD & WINSTON, LLP
                                                  Attorneys for Defendants

                                                  By:_____
                                                           Matthew Azus
                                                 475 Park Avenue South, 28th Floor
                                                 New York, New York 10016
                                                 (212) 686-4655

TO:    WILMER CUTLER PICKERING HALE and DOOR LLP
         Attorneys for Plaintiff
         7 World Trade Center
         New York, NY 10007
         (212) 230-8800

