```
UNITED STATES DISTICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
MM Proton I, LLC,

                Plaintiff,              17 Civ. 10102 (DAB)
                                        ORDER
                v.


Yory LLC, et al.,

                Defendants.
------------------------------------------X
```
DEBORAH A. BATTS, United States District Judge.

On February 7, 2018, the Court held a Preliminary Injunction hearing in this matter. On February 28, 2018, the Parties were schedule to come in for a second appearance. However, based on the Parties' representation that they had agreed to a settlement in principal, the Court adjourned this appearance <u>sine die</u>. The Court instructed that if the matter was not settled within 30 days, the Parties were to submit a status report to the Court.

On March 29, 2018, Chambers reminded the Parties of their obligation to submit a status report, and gave them until April 5, 2018 to do so. On April 5, 2018, the Court received an email from Plaintiff's counsel indicating that he had been unable to get in touch with Defense counsel in order to submit a joint status report.

Accordingly, if this matter has not been settled within 30 days of the date of this Order, the Parties are to appear before this Court on May 31, 2018 at 3:00 PM in Courtroom 24B of the

Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated:   New York, New York
         April 9, 2018

                                        *Deborah A. Batts*
                                        Deborah A. Batts
                                  United States District Judge